```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

**CIVIL ACTION NO. 1:09cv733 (WOB)**

**MICHAEL W. KIRKHAM**                                        **PLAINTIFF**

**VS.**                         **O R D E R**

**PRUDENTIAL INSURANCE CO.**
**OF AMERICA, and**
**SAIA, INC. HOURLY EMPLOYEE**
**LONG TERM DISABILITY PLAN**                                 **DEFENDANTS**

This matter is before the court on the Report and Recommendation of the United States Magistrate Judge (Doc. 51), and having considered de novo those objections filed thereto by plaintiff (Doc. #54), and the court being sufficiently advised,

**IT IS ORDERED** that the objections filed herein be, and they hereby are, **overruled**; that the Report and Recommendation of the Magistrate Judge be, and it hereby is, **adopted** as the findings of fact and conclusions of law of the court; that the defendants' motion for judgment on the record (Doc. #30) be, and it hereby is, **granted**; that plaintiff's motion for judgment on the record (Doc. #47) be, and it hereby is, **denied**; and that this matter be dismissed, with prejudice, and stricken from the active docket of

this court. A separate Judgment shall enter concurrently herewith.

This 18th day of May, 2011.



Signed By:
*William O. Bertelsman* WOB
United States District Judge